# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| EDGAR BERRIOS, RAYMOND ALLYNE, MALCOLM MACCOW, and VIRGINIE GEORGE,<br><br>                  Plaintiffs,<br>v.<br><br>HOVIC; HOVENSA, LLC; JOHN PAULUS; DARYL KRAMER, TODD REIDLINGER, JACOBS INDUSTRIAL MAINTENANCE COMPANY, LLC; WYATT V.I., INC.; JACOBS CONSTRUCTORS, INC.; JACOBS ENGINEERING GROUP, LLC; and WYATT FIELD SERVICE COMPANY,<br>                  Defendants. | 1:05-cv-192 |

**TO:**    Lee J. Rohn, Esq.
           Linda J. Blair, Esq.
           Stephanie L. Adler, Esq.
           Charles E. Engeman, Esq.

## ORDER

THIS MATTER is before the Court upon Plaintiffs' Stipulation For Extension of Time (Docket No. 288).[1] Plaintiffs request an extension of time within which to respond to Defendant Wyatt V.I., Inc.'s interrogatories and requests for production of documents. This order is issued without necessity of response.

---

1. Although the document is titled "stipulation," nothing therein indicates that Defendant Wyatt V.I., Inc., has agreed to the requested extension.

Defendant Wyatt V.I., Inc.'s Notice of Service of Discovery Requests to Plaintiffs (Docket No. 284) states that such discovery requests were served upon counsel for Plaintiffs on July 12, 2010. Thus, responses to said discovery were due on or about August 12, 2010. Given that Plaintiffs already have missed the deadline by more than thirty (30) days, the Court will grant the motion, but will shorten the extension to September 17, 2010.

Accordingly, it is now hereby **ORDERED**:

1. Plaintiffs' Stipulation For Extension of Time (Docket No. 288) is **GRANTED**.

2. Plaintiffs shall serve upon counsel for Defendant Wyatt V.I., Inc., their responses to said Defendant's First Set of Interrogatories and Request for Production of Documents on or before **September 17, 2010**.

ENTER:

Dated: September 15, 2010

/s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE